# NO. 12-13-00331-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOHN GAMBLE,* *APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to possession of a controlled substance, cocaine in the amount of less than one gram, in a drug free zone. He also pleaded true to allegations that he had been finally convicted of two prior felony offenses. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced Appellant to imprisonment for thirty years. Appellant filed a notice of appeal.

We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his trial counsel. The clerk's record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex Crim. App. 2005). Therefore, this court does not have jurisdiction of the appeal, and the appeal must be dismissed. Accordingly, the appeal is *dismissed for want of jurisdiction*.

Opinion delivered February 12, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 12, 2014**

**NO. 12-13-00331-CR**

**JOHN GAMBLE,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 007-1710-12)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*